IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| MARC PUGLIESE | * |
| | * |
| *On Behalf of Himself and* | * |
| *All Others Similarly situated* | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * Case No.: 1:21-cv-11629 |
| | * |
| GOVERNMENT EMPLOYEES | * |
| INSURANCE COMPANY | * |
| D/B/A GEICO | * |
| | * |
| DEFENDANT. | * |

****************************************************************************

## CONSENT TO JOIN LAWSUIT

I work(ed) for GEICO in Massachusetts as an Automobile and/or Residential and/or Catastrophic Adjuster I and/or II and/or III during the period October 2018 through March 2021.

I believe I am a member of the collective class in the above captioned litigation.

I consent to join the above captioned lawsuit seeking unpaid overtime wages and damages under the Fair Labor Standards Act and will submit to the court's jurisdiction.

I understand that I will be bound by the judgment of the court as to all issues in the above captioned litigation.

I believe I am entitled to relief against the GEICO in the above captioned litigation.

Michael Ward
_____
Full Legal Name (please print clearly)

_____
Signature

5/19/2022
_____
Date

ILYM ID: GPUG138